---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Global Digital Marketing Group LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Reputation Guards** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 9 – 3 6 6 5 5 7 7 |

**4. Debtor's address**

**Principal place of business**

**22211 IH 10 W**
Number      Street

**San Antonio, TX 78257-1742**
City                    State     ZIP Code

**Bexar**
County

**Mailing address, if different from principal place of business**

Number      Street

City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                    State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Global Digital Marketing Group LLC**                                    Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5   4   1   8**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.  Debtor _____  Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____  When _____  MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    **Global Digital Marketing Group LLC**                                    Case number *(if known)* _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>      Number      Street<br><br>      _____<br><br>      _____<br>      City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99         ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    **Global Digital Marketing Group LLC**                                   Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/13/2025**
             MM/ DD/ YYYY

X  **/s/ Dita Lawson**                                    **Dita Lawson**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

X    **/s/ Morris E. "Trey" White, III**          Date  **08/13/2025**
Signature of attorney for debtor                         MM/ DD/ YYYY

**Morris E. "Trey" White, III**
Printed name

**Villa & White LLP**
Firm name

**100 NE Loop 410 Suite 615**
Number    Street

**San Antonio**                    **TX**        **78216**
City                                State        ZIP Code

**(210) 225-4500**                 **treywhite@villawhite.com**
Contact phone                       Email address

**24003162**                        **TX**
Bar number                          State

# Profit and Loss

## Global Digital Marketing Group LLC
January 1, 2024-July 17, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Services | 3,868,591.17 |
| **Total for Income** | **$3,868,591.17** |
| Cost of Goods Sold | |
| **Gross Profit** | **$3,868,591.17** |
| Expenses | |
| Advertising & marketing | $652,466.20 |
| Social media | 279,039.08 |
| **Total for Advertising & marketing** | **$931,505.28** |
| Building & property rent | 4,211.61 |
| Business licences | 2,897.25 |
| Contract labor | 2,069,782.32 |
| Contributions to charities | 200.00 |
| General business expenses | $24,781.04 |
| Bank fees & service charges | 25,266.35 |
| Memberships & subscriptions | 1,070.91 |
| **Total for General business expenses** | **$51,118.30** |
| Insurance | $40.00 |
| Health insurance premiums | 25,645.77 |
| **Total for Insurance** | **$25,685.77** |
| Interest paid | 0 |
| Credit card interest | 11,496.90 |
| **Total for Interest paid** | **$11,496.90** |
| Legal & accounting services | $2,500.00 |
| Accounting fees | 19,720.00 |
| Legal fees | 42,000.00 |
| **Total for Legal & accounting services** | **$64,220.00** |
| Meals | $2,259.87 |
| Meals with clients | 1,263.60 |
| **Total for Meals** | **$3,523.47** |
| Office expenses | $4,986.30 |
| Merchant account fees | 103,777.00 |
| Office supplies | 7,335.49 |
| Shipping & postage | 42.10 |
| Software & apps | 201,077.50 |
| **Total for Office expenses** | **$317,218.39** |
| Payroll expenses | $611.71 |
| Wages | 1,992.50 |
| **Total for Payroll expenses** | **$2,604.21** |
| Storned checks | |

# Profit and Loss

## Global Digital Marketing Group LLC

January 1, 2024-July 17, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Taxes paid | 0 |
| Payroll taxes | 2,111.34 |
| **Total for Taxes paid** | **$2,111.34** |
| Travel | 0 |
| Airfare | 2,555.84 |
| Hotels | 4,636.24 |
| **Total for Travel** | **$7,192.08** |
| Utilities | 0 |
| Phone service | 9,862.25 |
| **Total for Utilities** | **$9,862.25** |
| **Total for Expenses** | **$3,503,629.17** |
| **Net Operating Income** | **$364,962.00** |
| Other Income | |
| Other Expenses | |
| Home office | $1,860.46 |
| Repairs & maintenance | 3,490.00 |
| **Total for Home office** | **$5,350.46** |
| Vehicle expenses | 0 |
| Parking & tolls | 60.00 |
| **Total for Vehicle expenses** | **$60.00** |
| **Total for Other Expenses** | **$5,410.46** |
| **Net Other Income** | **-$5,410.46** |
| **Net Income** | **$359,551.54** |

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2024** |

INCLUDES LATE ELECTION(S) FILED PURSUANT TO REV. PROC. 2013-30

For calendar year 2024 or tax year beginning _____ , 2024, ending _____ , 20 _____

| **A** S election effective date<br>**01-01-2024** | **TYPE**<br>**OR**<br>**PRINT** | Name<br>**Global Digital Marketing Group** | **D** Employer identification number |
|---|---|---|---|
| **B** Business activity code number (see instructions)<br>**541800** | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**22211 WI 10 St 1206        STE 187** | **E** Date incorporated<br>**12-29-2021** |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>**San Antonio            TX    78257** | **F** Total assets (see instructions)<br>$ **65,282** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☒ Yes ☐ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 2,510,956 | **b** Less returns and allowances | 45,150 | **c** Balance | **1c** | 2,465,806 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . | | **2** | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | | **3** | 2,465,806 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | | **4** | |
| | 5 | Other income (loss) (see instructions - attach statement) . . . . . . . | | **5** | |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . | | **6** | 2,465,806 |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions - attach Form 1125-E) . . . | | **7** | |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . | | **8** | 1,993 |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | | **9** | |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | 3,388 |
| | 12 | Taxes and licenses . . . . . . . . . . . . . . **Wks Tax/Lic** | | **12** | 5,008 |
| | 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . . | | **13** | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 1,318 |
| | 15 | Depletion (**do not deduct oil and gas depletion.**) . . . . . . . . . | | **15** | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . | | **16** | 652,728 |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | | **17** | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . | | **18** | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) . . . | | **19** | |
| | 20 | Other deductions (attach statement) . . . . . . . . . . **Statement #2** | | **20** | 1,642,769 |
| | 21 | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . . | | **21** | 2,307,204 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . | | **22** | 158,602 |
| **Tax and Payments** | 23a | Excess net passive income or LIFO recapture tax (see instructions) . . . . | **23a** | | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . | **23b** | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) . . . . . | | **23c** | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . . . . . . . . . | **24a** | | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . | **24b** | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . | **24c** | | |
| | d | Elective payment election amount from Form 3800 . . . . . . . . . | **24d** | | |
| | z | Add lines 24a through 24d . . . . . . . . . . . . . . . . . . | | **24z** | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | **25** | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . . . . . . . | | **27** | |
| | 28 | Enter amount from line 27: Credited to 2025 estimated tax _____ Refunded | | **28** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No |
|---|---|---|
| | **DITA LAWSON**<br>Signature of officer                    Date | **PRESIDENT**<br>Title |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>**Maya Bourque** | Preparer's signature | Date<br>**04-18-2025** | Check ☐ if self-employed | PTIN<br>**P03117656** |
|---|---|---|---|---|---|
| | Firm's name  **Tax Hive** | | | Firm's EIN | **85-0811343** |
| | Firm's address  **260 S 1200 W** | | | Phone no. | |
| | **Orem UT 84058** | | | | **(833) 919-1992** |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form 1120-S (2024)

Form 1120-S (2024)   **Global Digital Marketing Group**         Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1**   Check accounting method:    **a**   ☒ Cash    **b**   ☐ Accrual

                    **c**   ☐ Other (specify) _____

**2**   See the instructions and enter the:

     **a** Business activity   **Digital Marketing**     **b** Product or service   **Service**

**3**   At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a

     nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation · · · · · · · · ·

**4**   At the end of the tax year, did the corporation:

     **a**   Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any

        foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)

        below   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

     **b**   Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or

        capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a

        trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below   · · · · · · · · · · · · · ·    **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5 a**   At the end of the tax year, did the corporation have any outstanding shares of restricted stock? · · · · · · · · · · · · · · · · ·

        If "Yes," complete lines (i) and (ii) below.

        **(i)**    Total shares of restricted stock   · · · · · · · · · · · · · · _____

        **(ii)**   Total shares of non-restricted stock   · · · · · · · · · · · · · · _____

     **b**   At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? · · · · · · · ·

        If "Yes," complete lines (i) and (ii) below.

        **(i)**    Total shares of stock outstanding at the end of the tax year · · · · · · · _____

        **(ii)**   Total shares of stock outstanding if all instruments were executed   · · · _____

**6**   Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide

     information on any reportable transaction? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**7**   Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · · · ·   ☐

     If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount

     Instruments.

**8**   If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a

     basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and**

     **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in

     gain reduced by net recognized built-in gain from prior years. See instructions · · · · · · · · · ·   $ _____

**9**   Did the corporation have an election under section 163(j) for any real property trade or business or any farming business

     in effect during the tax year? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**10**   Does the corporation satisfy one or more of the following? See instructions   · · · · · · · · · · · · · · · · · · · · · · · · · ·

     **a**   The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

     **b**   The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years

        preceding the current tax year are more than $30 million and the corporation has business interest expense.

     **c**   The corporation is a tax shelter and the corporation has business interest expense.

        If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11**   Does the corporation satisfy **both** of the following conditions?   · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    **X**

     **a**   The corporation's total receipts (see instructions) for the tax year were less than $250,000.

     **b**   The corporation's total assets at the end of the tax year were less than $250,000.

        If "Yes," the corporation is not required to complete Schedules L and M-1.

EEA                                                          Form **1120-S** (2024)

Form 1120-S (2024) Global Digital Marketing Group           Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement)     Statement #18 | | |
| Recon- ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | 158,602 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 0 | | 64,582 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 0 | | 2,018 | |
| b | Less accumulated depreciation | ( 0 ) | 0 | ( 1,318 ) | 700 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 0 | | 65,282 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 0 | | 152,176 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 0 | | 255,720 |
| 25 | Adjustments to shareholders' equity (attach statement) | Statement #24 | 0 | Statement #24 | (342,614) |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 0 | | 65,282 |

EEA                                      Form **1120-S** (2024)

671124

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

# Schedule K-1 (Form 1120-S)
**2024**

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning ____ 2024 ____ ending ____

## Shareholder's Share of Income, Deductions, Credits, etc.

**See separate instructions.**

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) **158,602** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 C* | Items affecting shareholder basis **STMT** |
| 10 | Other income (loss) | | |
| | | 17 AC | Other information **2,465,806** |
| 11 | Section 179 deduction | | |
| 12 | Other deductions | | |
| | | V* | **STMT** |

## Part I — Information About the Corporation

**A** Corporation's employer identification number

~~[redacted]~~

**B** Corporation's name, address, city, state, and ZIP code

Global Digital Marketing Group

22211 WI 10 St 1206
STE 187
San Antonio          TX  78257

**C** IRS Center where corporation filed return

E-FILE

**D** Corporation's total number of shares

Beginning of tax year . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

## Part II — Information About the Shareholder

**E** Shareholder's identifying number

~~[redacted]~~

**F1** Shareholder's name, address, city, state, and ZIP code

Dita Lawson

15 Falls Terrace
Boerne          TX  78015

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:

TIN ____    Name ____

**F3** What type of entity is this shareholder?  _Individual_

**G** Current year allocation percentage . . . . . . 100.00000 %

**H** Shareholder's number of shares

Beginning of tax year . . . . . . . . 100
End of tax year . . . . . . . . . . . 100

**I** Loans from shareholder

Beginning of tax year . . . . . . . . $ ____
End of tax year . . . . . . . . . . . $ ____

**For IRS Use Only**

| 18 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 19 | ☐ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 17, Code V

(This page is e-filed with the return. Include it if paper-filing.)

**2024**

Name(s) as shown on return
Global Digital Marketing Group

Tax ID Number
99-3665577

Name(s) as shown on K1
Dita Lawson

Tax ID Number
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

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | Global Digital Marketing Group | | | | No |

| LINE NUMBER | NO. 1 | NO. __ | NO. __ | NO. __ | NO. __ | NO. __ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | 158,602 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 1,993 | | | | | |
| Unadjusted Basis Immediately After Acquisition | 2,018 | | | | | |
| Section 199A (REIT) Dividends | | | | | | |

K1_QBSS-LD

FILED PURSUANT TO REV. PROC. 2013-30

Form **2553**

(Rev. December 2017)

Department of the Treasury
Internal Revenue Service

# Election by a Small Business Corporation

(Under section 1362 of the Internal Revenue Code)

(Including a late election filed pursuant to Rev. Proc. 2013-30)

▶ You can fax this form to the IRS. See separate instructions.

▶ Go to *www.irs.gov/Form2553* for instructions and the latest information.

OMB No. 1545-0123

**Note:** This election to be an S corporation can be accepted only if all the tests are met under *Who May Elect* in the instructions, all shareholders have signed the consent statement, an officer has signed below, and the exact name and address of the corporation (entity) and other required form information have been provided.

| Part I | Election Information |
| --- | --- |

**Type or Print**

Name (see instructions)
**Global Digital Marketing Group**

Number, street, and room or suite no. If a P.O. box, see instructions.
**22211 WI 10 St 1206 STE 187**

City or town, state or province, country, and ZIP or foreign postal code
**San Antonio TX 78257**

**A** Employer identification number
[redacted]

**B** Date incorporated
**12-29-2021**

**C** State of incorporation
**TX**

**D** Check the applicable box(es) if the corporation (entity), after applying for the EIN shown in A above, changed its   [X] name or   [ ] address

**E** Election is to be effective for tax year beginning (month, day, year) (see instructions)  . . . . . . . . . . . . . . ▶

**Caution:** A corporation (entity) making the election for its first tax year in existence will usually enter the beginning date of a short tax year that begins on a date other than January 1.

**F** Selected tax year:

(1) [X] Calendar year

(2) [ ] Fiscal year ending (month and day) ▶ _____

(3) [ ] 52-53-week year ending with reference to the month of December

(4) [ ] 52-53-week year ending with reference to the month of ▶ _____

If box (2) or (4) is checked, complete Part II.

**G** If more than 100 shareholders are listed for item J (see page 2), check this box if treating members of a family as one shareholder results in no more than 100 shareholders (see test 2 under *Who May Elect* in the instructions) ▶ [ ]

**H** Name and title of officer or legal representative who the IRS may call for more information
**Dita Lawson, Member Manager**

Telephone number of officer or legal representative
**(210) 763-8721**

**I** If this S corporation election is being filed late, I declare I had reasonable cause for not filing Form 2553 timely. If this late election is being made by an entity eligible to elect to be treated as a corporation, I declare I also had reasonable cause for not filing an entity classification election timely and the representations listed in Part IV are true. See below for my explanation of the reasons the election or elections were not made on time and a description of my diligent actions to correct the mistake upon its discovery. See instructions.

   **Taxpayer hired an accountant to help make the entity selection as an S**

   **corp, but accountant did not submit appropriate paperwork as taxpayer**

   **expected. Taxpayer otherwise operated as an S corp and has nothing but the**

   **filing of this form preventing them from making the entity selection.**

   **Taxpayer is making a late entity selection pursuant to Rev. Proc 2013-30 to**

   **correct this issue.**

**Sign Here**

Under penalties of perjury, I declare that I have examined this election, including accompanying documents, and, to the best of my knowledge and belief, the election contains all the relevant facts relating to the election, and such facts are true, correct, and complete.

Signature of officer _____

Title **Member Manager**

Date _____

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **2553** (Rev. 12-2017)

EEA

Form 2553 (Rev. 12-2017)                                                                                                  Page **4**

| Name | Employer identification number |
|------|-------------------------------|
| Global Digital Marketing Group | |

**Part III**  **Qualified Subchapter S Trust (QSST) Election Under Section 1361(d)(2)*** **Note:** If you are making more than one QSST election, use additional copies of page 4.

| Income beneficiary's name and address | Social security number |
|---------------------------------------|-----------------------|
| | |

| Trust's name and address | Employer identification number |
|--------------------------|-------------------------------|
| | |

Date on which stock of the corporation was transferred to the trust (month, day, year)  . . . . . . . . . . . . . . . ▶

In order for the trust named above to be a QSST and thus a qualifying shareholder of the S corporation for which this Form 2553 is filed, I hereby make the election under section 1361(d)(2). Under penalties of perjury, I certify that the trust meets the definitional requirements of section 1361(d)(3) and that all other information provided in Part III is true, correct, and complete.

_____    _____
Signature of income beneficiary or signature and title of legal representative or other qualified person making the election          Date

* Use Part III to make the QSST election only if stock of the corporation has been transferred to the trust on or before the date on which the corporation makes its election to be an S corporation. The QSST election must be made and filed separately if stock of the corporation is transferred to the trust **after** the date on which the corporation makes the S election.

**Part IV**  **Late Corporate Classification Election Representations** (see instructions)

If a late entity classification election was intended to be effective on the same date that the S corporation election was intended to be effective, relief for a late S corporation election must also include the following representations.

1  The requesting entity is an eligible entity as defined in Regulations section 301.7701-3(a);

2  The requesting entity intended to be classified as a corporation as of the effective date of the S corporation status;

3  The requesting entity fails to qualify as a corporation solely because Form 8832, Entity Classification Election, was not timely filed under Regulations section 301.7701-3(c)(1)(i), or Form 8832 was not deemed to have been filed under Regulations section 301.7701-3(c)(1)(v)(C);

4  The requesting entity fails to qualify as an S corporation on the effective date of the S corporation status solely because the S corporation election was not timely filed pursuant to section 1362(b); **and**

5a  The requesting entity timely filed all required federal tax returns and information returns consistent with its requested classification as an S corporation for all of the years the entity intended to be an S corporation and no inconsistent tax or information returns have been filed by or with respect to the entity during any of the tax years, **or**

 b  The requesting entity has not filed a federal tax or information return for the first year in which the election was intended to be effective because the due date has not passed for that year's federal tax or information return.

Form **2553** (Rev. 12-2017)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2024** |
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Global Digital Marketing Group | FORM 1120S | |

## Part I  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2023 Form 4562 . . . . . . . . . . | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . | | **12** | |
| 13 | Carryover of disallowed deduction to 2025. Add lines 9 and 10, less line 12 . . . | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation  (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 1,211 |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III  MACRS Depreciation  (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2024 . . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | |

### Section B - Assets Placed in Service During 2024 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property #567 | | | | | | 107 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2024 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | **22** | 1,318 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **4562** (2024)

EEA

**Fill in this information to identify the case:**

Debtor Name   **Global Digital Marketing Group LLC**

United States Bankruptcy Court for the:   **Western**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Frost Bank** | **Checking account** | **4 3 1 7** | **$6,793.50** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____
   4.2 _____   _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | **$6,793.50** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____

Debtor   **Global Digital Marketing Group LLC**          Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 7.2 | _____ | _____ |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1  _____   _____

     8.2  _____   _____

9.   **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.                    _____

---

**Part 3:**   Accounts receivable

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☒ Yes. Fill in the information below.

                                                                **Current value of debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:   **$20,013.18**   -   **unknown**   =.....➜          **$100,871.00**
                                 face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:   _____   -   _____   =.....➜     _____
                              face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.         **$100,871.00**

---

**Part 4:**   Investments

13.  **Does the debtor own any investments?**

     ☒ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value**   **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1  _____   _____   _____

     14.2  _____   _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                          % of ownership:

     15.1. _____   _____   _____   _____

     15.2. _____   _____   _____   _____

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **2**

Debtor   **Global Digital Marketing Group LLC** _____     Case number *(if known)* _____
          Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | **Global Digital Marketing Group LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor  **Global Digital Marketing Group LLC**    Case number *(if known)* _____
      Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Office Furniture | unknown | FMV | $537.37 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers | unknown | FMV | $1,939.40 |
| | Phones | unknown | FMV | $1,194.72 |
| | Keyboards and hard drive | unknown | FMV | $285.78 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $3,957.27 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

Debtor    **Global Digital Marketing Group LLC**                          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor    **Global Digital Marketing Group LLC**                              Case number *(if known)* _____
          Name

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|--|
|  |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61.  **Internet domain names and websites** | | | |
| | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| | | | |
| 65.  **Goodwill** | | | |
| | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

|  |
|--|
|  |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

Debtor    **Global Digital Marketing Group LLC**                                    Case number *(if known)* _____
          _____
          Name

---

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**    All other assets

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____   –   _____   = ➜    _____
                              Total face amount        doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim    _____

Amount requested    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

Nature of claim    _____

Amount requested    _____

76.  **Trusts, equitable or future interests in property**

_____    _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

---

Debtor    **Global Digital Marketing Group LLC**                                    Case number *(if known)* _____
          Name

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,793.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,871.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,957.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................➤ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $111,621.77 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... | | $111,621.77 |

Fill in this information to identify the case:

Debtor name **Global Digital Marketing Group LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Creditor's name**

**Breakout Capital**

**Creditor's mailing address**

**1451 Dolley Madison Blvd Ste 200**

**Mc Lean, VA 22101-3847**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

     **1) Breakout Capital**; 2) Capital Domain; 3) Olympus

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
|---|---|---|
| | $449,500.00 | $100,871.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
     $850,959.00

Debtor  **Global Digital Marketing Group LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**Capital Domain**

**Creditor's mailing address**

**300 Tice Blvd**

**Woodcliff Lk, NJ 07677-8406**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days

**$92,068.40**

**$100,871.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **7**

Debtor   **Global Digital Marketing Group LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**LegalEscrows LLC,**

Creditor's mailing address

**2810 N Church St**

**Wilmington, DE 19802-4447**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$163,850.00**   **unknown**

Debtor    **Global Digital Marketing Group LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Olympus**

**Creditor's mailing address**

**Po Box 17556**

**Salt Lake City, UT 84117**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$85,640.60

$100,871.00

Debtor  **Global Digital Marketing Group LLC**  Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Column A: **Amount of claim** — Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5 Creditor's name**

**Quick Books (WebBank)**

Describe debtor's property that is subject to a lien _____

**$6,000.00** | **unknown**

**Creditor's mailing address**

**Po Box 757**

**Portsmouth, NH 03802**

Describe the lien _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Global Digital Marketing Group LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**RareMatrix Inc**

$26,000.00    unknown

**Creditor's mailing address**

**30 N Gould St R**

**Sheridan, WY 82801-6317**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Global Digital Marketing Group LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** Creditor's name

**United First**
_____

Creditor's mailing address

**2999 Ne 191st St Ste 901**
_____

**Miami, FL 33180-4926**
_____

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$27,900.00     unknown

Fill in this information to identify the case:

Debtor name **Global Digital Marketing Group LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Global Digital Marketing Group LLC**           Case number *(if known)* _____
_____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Chase Ink**

**Po Box 15123**

**Wilmington, DE 19850-5123**

Date or dates debt was incurred _____

Last 4 digits of account number   **8   1   6   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,649.68**

---

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor    **Global Digital Marketing Group LLC**
_____
                Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$9,649.68** |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$9,649.68** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Digital Marketing Group LLC** |
| United States Bankruptcy Court for the: | **Western** District of **Texas** |
| | (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Factoring agreement** | **CapFlow Funding Group Managers LLC** |
| | State the term remaining | **0 months** | **65 Harristown Rd** |
| | List the contract number of any government contract | | **Glen Rock, NJ 07452-3315** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **VenturePoint Everywhere** |
| | State the term remaining | **0 months** | **22211 Ih 10 W** |
| | List the contract number of any government contract | | **San Antonio, TX 78257-1699** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Global Digital Marketing Group LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | **Dita Lawson** | **15 Falls Ter** <br> Street <br><br> **Boerne, TX 78015-4482** <br> City    State    ZIP Code | **Capital Domain** <br><br><br> **Olympus** <br><br><br> **United First** <br><br><br> **RareMatrix Inc** | ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G <br><br> ☑ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ <br><br> City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Debtor | **Global Digital Marketing Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | _____ | Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Fill in this information to identify the case:

Debtor name **Global Digital Marketing Group LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
      Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. | **$111,621.77**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................... | **$111,621.77**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$850,959.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+ $9,649.68**

4. **Total liabilities**................................................................................................................................ | **$860,608.68**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  __**Global Digital Marketing Group LLC**__

United States Bankruptcy Court for the:

__**Western District of Texas**__

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2025__ to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,411,785.17** |
| **For prior year:** | From __01/01/2024__ to __12/31/2024__<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,465,806.00** |
| **For the year before that:** | From __01/01/2023__ to __12/31/2023__<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$310,803.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2025__ to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From __01/01/2024__ to __12/31/2024__<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From __01/01/2023__ to __12/31/2023__<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |

**Global Digital Marketing Group LLC**

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dita Lawson** <br> Creditor's name <br> **15 Falls Ter** <br> Street <br> _____ <br> **Boerne, TX 78015-4482** <br> City        State    ZIP Code <br><br> Relationship to debtor <br> _____ | **various** | **$250,520.26** | **See SOFA ADDENDUM** <br><br> _____ |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    25-51857-mmp   Doc#1   Filed 08/13/25   Entered 08/13/25 15:01:04   Main Document   Pg 40 of
         Global Digital Marketing Group LLC                    121                    Case number *(if known)*
         Name

5.1. _____    _____    _____    _____

Creditor's name

Street

_____

_____

City              State      ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____

Creditor's name                         XXXX– __ __ __ __

Street

_____

_____

City              State      ZIP Code

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

_____    _____

                                                                              Name    ☐ Pending
                                                                              ☐ On appeal
Case number                                                                   ☐ Concluded
                                                                              Street

_____

                                                                              City       State   ZIP Code

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Global Digital Marketing Group LLC**                                    Case number *(if known)*
_____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

| | Case title | Court name and address |
|---|---|---|

Street
_____

Name
_____

| | Case number | Street |
|---|---|---|

City          State     ZIP Code

| | Date of order or assignment | City          State     ZIP Code |
|---|---|---|

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

City          State     ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:**  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

**Part 6:**  Certain Payments or Transfers

**11.**  Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor **Global Digital Marketing Group LLC**
Name

Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Villa & White LLP** | **Attorney's Fee** | **8/5/2025** | **$22,000.00** |
| | **Address** | | | |
| | **100 NE Loop 410 Suite 615**<br>Street | | | |
| | **San Antonio, TX 78216**<br>City                State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    25-51857-mmp    Doc#1    Filed 08/13/25    Entered 08/13/25 15:01:04    Main Document    Pg 43 of
          Global Digital Marketing Group LLC                                                                      121
          Name                                                                    Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City                State    ZIP Code

**Relationship to debtor**

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |

Street

City                State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |

Facility name

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| Street | | *Check all that apply:* |
| City    State    ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**Global Digital Marketing Group LLC**
Name

Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City     State    ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Global Digital Marketing Group LLC

Name

Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  Global Digital Marketing Group LLC _____  Case number *(if known)* _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1. _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| _____ | | |
| Street | | From _____   To _____ |
| _____ | | |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Maya Bourque dba Tax Hive** _____ | From _____   To _____ |
| Name | |
| **260 S 1200 W** _____ | |
| Street | |
| _____ | |
| **Orem, UT 84058-5129** _____ | |
| City          State    ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____   To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State    ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | |
| _____ | _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Global Digital Marketing Group LLC**                    Case number *(if known)* _____
         Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dita Lawson** | **15 Falls Ter Boerne, TX 78015-4482** | **President, Membership** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

25-51857-mmp  Doc#1  Filed 08/13/25  Entered 08/13/25 15:01:04  Main Document  Pg 49 of 121

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                          State        ZIP Code

**Relationship to debtor**

---

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **08/13/2025**
                    MM/ DD/ YYYY

**X** /s/ Dita Lawson                              Printed name        **Dita Lawson**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name **Global Digital Marketing Group LLC** |
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Breakout Capital 1451 Dolley Madison Blvd Ste 200 Mc Lean, VA 22101-3847 | | | | $449,500.00 | $100,871.00 | $247,758.00 |
| 2 | LegalEscrows LLC, 2810 N Church St Wilmington, DE 19802-4447 | | | | | | $163,850.00 |
| 3 | Capital Domain 300 Tice Blvd Woodcliff Lk, NJ 07677-8406 | | | | $92,068.40 | $100,871.00 | $92,068.40 |
| 4 | Olympus Po Box 17556 Salt Lake City, UT 84117 | | | | $85,640.60 | $100,871.00 | $85,640.60 |
| 5 | United First 2999 Ne 191st St Ste 901 Miami, FL 33180-4926 | | | Disputed | | | $27,900.00 |
| 6 | RareMatrix Inc 30 N Gould St R Sheridan, WY 82801-6317 | | | | | | $26,000.00 |
| 7 | Chase Ink Po Box 15123 Wilmington, DE 19850-5123 | | Line of Credit | | | | $9,649.68 |
| 8 | Quick Books (WebBank) Po Box 757 Portsmouth, NH 03802 | | | | | | $6,000.00 |

Debtor  **Global Digital Marketing Group LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     Global Digital Marketing Group LLC

Case No. _____

**Debtor**     Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................................................... **$0.00**

Prior to the filing of this statement I have received .................................................................. **$22,000.00**

Balance Due ........................................................................................................................ **($22,000.00)**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/13/2025** | **/s/ Morris E. "Trey" White, III** |
| *Date* | Morris E. "Trey" White, III |
| | *Signature of Attorney* |

Bar Number: 24003162
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216
Phone: (210) 225-4500

**Villa & White LLP**

*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Global Digital Marketing Group LLC**                                    CASE NO

                                                                                 CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**08/13/2025**___    Signature _____**/s/ Dita Lawson**_____
                                                      Dita Lawson, Managing Member

Attorney General of the
United States
Main Justice Bld Room 5111
Washington, DC 20530-0001

Breakout Capital
1451 Dolley Madison Blvd Ste 200
Mc Lean, VA 22101-3847

CapFlow Funding Group
Managers LLC
65 Harristown Rd
Glen Rock, NJ 07452-3315

Capital Domain
300 Tice Blvd
Woodcliff Lk, NJ 07677-8406

Chase Ink
Po Box 15123
Wilmington, DE 19850-5123

Dita Lawson
15 Falls Ter
Boerne, TX 78015-4482

Internal Revenue Serice
300 E 8th St Stop 5026aus
Austin, TX 78701-3233

LegalEscrows LLC,
2810 N Church St
Wilmington, DE 19802-4447

Olympus
Po Box 17556
Salt Lake City, UT 84117

Quick Books (WebBank)
Po Box 757
Portsmouth, NH 03802

RareMatrix Inc
30 N Gould St R
Sheridan, WY 82801-6317

United First
2999 Ne 191st St Ste 901
Miami, FL 33180-4926

United States Trustee
615 E. Houston St. 533
San Antonio, TX 78205

VenturePoint Everywhere
22211 Ih 10 W
San Antonio, TX 78257-1699

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets                                                                        $111,621.77

b. Total debts (including debts listed in 2.c., below)                                  $860,608.68

c. Debt securities held by more than 500 holders

|  |  |  | Approximate number of holders: |
|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ |

d. Number of shares of preferred stock                                                  _____

e. Number of shares common stock                                                        _____

Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

SOFA Addendum                                    Disbursements - Dita Lawson

| Date | Ref No. | Payee | Memo | Increase | Decrease |
|------|---------|-------|------|----------|----------|
| 07/17/2024 | | | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:240717 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX2352611 EED:240717 IND ID:W6850 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX2611 TC | | 2,187.11 |
| 07/17/2024 | | | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2389 reference#: XXXXXX2389RX 07/17 | | 2,000.00 |
| 07/21/2024 | | | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2342 reference#: XXXXXX2342RX 07/22 | | 2,500.00 |

SOFA Addendum                                    Disbursements 1 Dita Lawson

| | | |
|---|---|---|
| 07/24/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX1918 reference#: XXXXXX1918RX 07/24 | 1,000.00 |
| 07/27/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX0208 reference#: XXXXXX0208RX 07/29 | 2,000.00 |
| 07/30/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2621 reference#: XXXXXX2621RX 07/30 | 2,500.00 |
| 07/31/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9495 reference#: XXXXXX9495RX 07/31 | 4,000.00 |

SOFA Addendum                    Disbursements 1 Dita Lawson

| | | |
|---|---|---|
| 08/01/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX68 37 reference#: XXXXXX683 7RX 08/01 | 2,000.00 |
| 08/06/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX52 61 reference#: XXXXXX526 1RX 08/06 | 2,000.00 |
| 08/09/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 68 reference#: XXXXXX386 8RX 08/09 | 2,000.00 |
| 08/11/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX61 24 reference#: XXXXXX612 4RX 08/12 | 2,000.00 |

SOFA Addendum                              Disbursements Dita Lawson

| | | |
|---|---|---|
| 08/14/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 31 reference#: XXXXXX383 1RX 08/14 | 2,000.00 |
| 08/19/2024 | ORIG CO NAME:AME RICAN EXPRESS ORIG ID:XXXXXX2 111 DESC DATE:2408 19 CO ENTRY DESCR:AC H PMT SEC:CCD TRACE#:XX XXXXXX666 7917 EED:240819 IND ID:W2800 IND NAME:MIC HAEL LAWSON ER AM TRN: XXXXXX791 7 TC | 1,273.90 |
| 08/19/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX44 90 reference#: XXXXXX449 0RX 08/19 | 1,000.00 |

SOFA Addendum                                    Disbursements - Dita Lawson

| | | |
|---|---|---|
| 08/20/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9534 reference#: XXXXXX9534RX 08/20 | 1,000.00 |
| 08/23/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6381 reference#: XXXXXX6381RX 08/23 | 1,000.00 |
| 08/24/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4491 reference#: XXXXXX4491RX 08/26 | 2,000.00 |
| 08/28/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3700 reference#: XXXXXX3700RX 08/28 | 1,500.00 |

SOFA Addendum                         Disbursements - Dita Lawson

| | | |
|---|---|---|
| 08/29/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6883 reference#: XXXXXX6883RX 08/29 | 2,000.00 |
| 08/31/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7895 reference#: XXXXXX7895RX 09/03 | 4,000.00 |
| 09/03/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6551 reference#: XXXXXX6551RX 09/03 | 2,000.00 |
| 09/06/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX1107 reference#: XXXXXX1107RX 09/06 | 1,500.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 09/10/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4625 reference#: XXXXXX4625RX 09/10 | 1,000.00 |
| 09/12/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4228 reference#: XXXXXX4228RX 09/12 | 1,000.00 |
| 09/13/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0916 reference#: XXXXXX0916RX 09/13 | 1,000.00 |
| 09/14/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5608 reference#: XXXXXX5608RX 09/16 | 1,000.00 |

SOFA Addendum                           Disbursements - Dita Lawson

| | | |
|---|---|---|
| 09/17/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3588 reference#: XXXXXX3588RX 09/17 | 1,000.00 |
| 09/17/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0211 reference#: XXXXXX0211RX 09/17 | 1,000.00 |
| 09/18/2024 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:240918 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX2245390 EED:240918 IND ID:W3212 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX5390 TC | 956.20 |

SOFA Addendum                                      Disbursements Dita Lawson

| 09/19/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6594 reference#: XXXXXX6594RX 09/19 | 1,000.00 |
|---|---|---|
| 09/21/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3541 reference#: XXXXXX3541RX 09/23 | 1,000.00 |
| 09/22/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3637 reference#: XXXXXX3637RX 09/23 | 1,000.00 |
| 09/24/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3951 reference#: XXXXXX3951RX 09/24 | 1,000.00 |

| | | |
|---|---|---|
| 09/25/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX33 10 reference#: XXXXXX331 0RX 09/25 | 2,000.00 |
| 09/26/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 17 reference#: XXXXXX381 7RX 09/26 | 1,000.00 |
| 09/27/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX73 23 reference#: XXXXXX732 3RX 09/27 | 2,000.00 |
| 09/29/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX06 13 reference#: XXXXXX061 3RX 09/30 | 5,000.00 |

SOFA Addendum                          Disbursements - Dita Lawson

| | | |
|---|---|---|
| 10/01/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7443 reference#: XXXXXX7443RX 10/01 | 1,000.00 |
| 10/01/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9119 reference#: XXXXXX9119RX 10/01 | 1,000.00 |
| 10/03/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4892 reference#: XXXXXX4892RX 10/03 | 1,500.00 |
| 10/06/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5597 reference#: XXXXXX5597RX 10/07 | 1,000.00 |

SOFA Addendum                                   Disbursement: Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 10/08/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6845 reference#: XXXXXX6845RX 10/08 | 2,000.00 |
| 10/08/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7376 reference#: XXXXXX7376RX 10/08 | 1,000.00 |
| 10/11/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX8543 reference#: XXXXXX8543RX 10/11 | 2,000.00 |
| 10/14/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5533 reference#: XXXXXX5533RX 10/15 | 700.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 10/14/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4863 reference#: XXXXXX4863RX 10/15 | 2,000.00 |
| 10/17/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4841 reference#: XXXXXX4841RX 10/17 | 1,000.00 |
| 10/23/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9718 reference#: XXXXXX9718RX 10/23 | 1,000.00 |
| 10/26/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5673 reference#: XXXXXX5673RX 10/28 | 1,000.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 10/26/2024 | ICKONIC DERBY 10/26 Pound Sterl60.00 X 1.XX0167 (EXCHG RTE) | 78.01 |
| 10/27/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX4551 reference#: XXXXXX4551RX 10/28 | 2,000.00 |
| 10/30/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX0296 reference#: XXXXXX0296RX 10/30 | 1,000.00 |
| 10/31/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2061 reference#: XXXXXX2061RX 10/31 | 4,000.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 11/01/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2964 reference#: XXXXXX2964RX 11/01 | 2,000.00 |
| 11/05/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX1455 reference#: XXXXXX1455RX 11/05 | 1,500.00 |
| 11/08/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2073 reference#: XXXXXX2073RX 11/08 | 1,000.00 |
| 11/12/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2029 reference#: XXXXXX2029RX 11/12 | 1,000.00 |

SOFA Addendum                          Disbursements, Dita Lawson

| | | |
|---|---|---|
| 11/13/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4115 reference#: XXXXXX4115RX 11/13 | 1,000.00 |
| 11/14/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2539 reference#: XXXXXX2539RX 11/14 | 6,000.00 |
| 11/15/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0005 reference#: XXXXXX0005RX 11/15 | 2,000.00 |

SOFA Addendum        Disbursements Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 11/18/2024 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:241118 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX0044125 EED:241118 IND ID:W0970 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX4125 TC | 2,373.79 |
| 11/19/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6355 reference#: XXXXXX6355RX 11/19 | 20,000.00 |
| 11/19/2024 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX8670 reference#: XXXXXX8670RX 11/19 | 1,000.00 |

SOFA Addendum                                    Disbursements - Dita Lawson

| Date | Description | Amount |
|------|-------------|--------|
| 11/23/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0138 reference#: XXXXXX0138RX 11/25 | 3,000.00 |
| 11/26/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7226 reference#: XXXXXX7226RX 11/27 | 2,000.00 |
| 11/29/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0372 reference#: XXXXXX0372RX 11/29 | 6,000.00 |
| 12/05/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0061 reference#: XXXXXX0061RX 12/06 | 6,000.00 |

| | | |
|---|---|---|
| 12/06/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 07 reference#: XXXXXX380 7RX 12/06 | 1,000.00 |
| 12/06/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX57 93 reference#: XXXXXX579 3RX 12/06 | 6,000.00 |
| 12/12/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX94 88 reference#: XXXXXX948 8RX 12/12 | 2,000.00 |
| 12/13/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX14 35 reference#: XXXXXX143 5RX 12/13 | 2,000.00 |

SOFA Addendum                                        Disbursements 1.Dita Lawson

| | | |
|---|---|---|
| 12/16/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX52 22 reference#: XXXXXX522 2RX 12/16 | 2,000.00 |
| 12/18/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX12 70 reference#: XXXXXX127 0RX 12/18 | 5,000.00 |
| 12/19/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX60 06 reference#: XXXXXX600 6RX 12/19 | 1,000.00 |
| 12/20/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX58 55 reference#: XXXXXX585 5RX 12/20 | 1,000.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 12/21/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4351 reference#: XXXXXX4351RX 12/23 | 1,000.00 |
| 12/21/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2255 reference#: XXXXXX2255RX 12/23 | 1,000.00 |
| 12/23/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3004 reference#: XXXXXX3004RX 12/23 | 1,000.00 |
| 12/25/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1018 reference#: XXXXXX1018RX 12/26 | 1,000.00 |

SOFA Addendum                          Disbursements 1 Dita Lawson

| | | | |
|---|---|---|---|
| 12/27/2024 | | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX66 00 reference#: XXXXXX660 0RX 12/27 | 2,000.00 |
| 12/27/2024 | | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX71 10 reference#: XXXXXX711 0RX 12/27 | 1,000.00 |
| 12/30/2024 | | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX47 78 reference#: XXXXXX477 8RX 12/30 | 1,000.00 |
| 12/30/2024 | | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX91 71 reference#: XXXXXX917 1RX 12/30 | 1,000.00 |
| 12/31/2024 | 1 | | 75,437.19 |
| 12/31/2024 | 1 | | 75,437.19 |

SOFA Addendum                            Disbursements Dita Lawson

| | | |
|---|---|---|
| 12/31/2024 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5490 reference#: XXXXXX5490RX 12/31 | 5,000.00 |
| 01/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5007 reference#: XXXXXX5007RX 01/02 | 1,000.00 |
| 01/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2679 reference#: XXXXXX2679RX 01/02 | 3,000.00 |
| 01/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7924 reference#: XXXXXX7924RX 01/02 | 3,000.00 |

SOFA Addendum                                Disbursements-Dita Lawson

| | | |
|---|---|---|
| 01/06/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3123 reference#: XXXXXX3123RX 01/06 | 1,000.00 |
| 01/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7053 reference#: XXXXXX7053RX 01/07 | 1,000.00 |
| 01/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8538 reference#: XXXXXX8538RX 01/08 | 1,000.00 |
| 01/09/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6735 reference#: XXXXXX6735RX 01/09 | 1,000.00 |

| | | |
|---|---|---|
| 01/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX01 17 reference#: XXXXXX011 7RX 01/10 | 1,000.00 |
| 01/11/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX60 76 reference#: XXXXXX607 6RX 01/13 | 1,000.00 |
| 01/12/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX90 12 reference#: XXXXXX901 2RX 01/13 | 2,000.00 |
| 01/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX27 11 reference#: XXXXXX271 1RX 01/14 | 1,000.00 |

SOFA Addendum                    Disbursements Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 01/15/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX3347 reference#: XXXXXX3347RX 01/15 | 5,000.00 |
| 01/15/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX8502 reference#: XXXXXX8502RX 01/15 | 1,500.00 |
| 01/17/2025 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:250117 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX7126954 EED:250117 IND ID:W8694 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX6954 TC | 1,310.35 |

| | | |
|---|---|---|
| 01/17/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7202 reference#: XXXXXX7202RX 01/17 | 1,000.00 |
| 01/20/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7638 reference#: XXXXXX7638RX 01/21 | 1,000.00 |
| 01/22/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX4659 reference#: XXXXXX4659RX 01/23 | 1,500.00 |
| 01/22/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX0910 reference#: XXXXXX0910RX 01/22 | 1,500.00 |

| Date | Description | Amount |
|---|---|---|
| 01/25/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9356 reference#: XXXXXX9356RX 01/27 | 2,000.00 |
| 01/28/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9086 reference#: XXXXXX9086RX 01/28 | 2,000.00 |
| 01/30/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0559 reference#: XXXXXX0559RX 01/30 | 1,500.00 |
| 01/31/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9726 reference#: XXXXXX9726RX 01/31 | 5,000.00 |

SOFA Addendum                                  Disbursements - Dita Lawson

| | | |
|---|---|---|
| 02/03/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX3163 reference#: XXXXXX3163RX 02/03 | 2,000.00 |
| 02/04/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX8854 reference#: XXXXXX8854RX 02/04 | 2,000.00 |
| 02/04/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5451 reference#: XXXXXX5451RX 02/04 | 1,000.00 |
| 02/05/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9919 reference#: XXXXXX9919RX 02/05 | 3,000.00 |

| | | |
|---|---|---|
| 02/06/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2027 reference#: XXXXXX2027RX 02/06 | 3,000.00 |
| 02/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1486 reference#: XXXXXX1486RX 02/07 | 1,000.00 |
| 02/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8500 reference#: XXXXXX8500RX 02/10 | 2,000.00 |
| 02/09/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7041 reference#: XXXXXX7041RX 02/10 | 2,000.00 |

Disbursements 1-1 Dita Lawson

| | | |
|---|---|---|
| 02/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4624 reference#: XXXXXX4624RX 02/10 | 2,000.00 |
| 02/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6488 reference#: XXXXXX6488RX 02/10 | 1,000.00 |
| 02/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4248 reference#: XXXXXX4248RX 02/10 | 2,000.00 |
| 02/11/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4707 reference#: XXXXXX4707RX 02/11 | 1,500.00 |

SOFA Addendum                                    Disbursements 1 Dita Lawson

| | | |
|---|---|---|
| 02/12/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX84 32 reference#: XXXXXX843 2RX 02/12 | 1,500.00 |
| 02/13/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX58 15 reference#: XXXXXX581 5RX 02/13 | 1,500.00 |
| 02/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX58 20 reference#: XXXXXX582 0RX 02/18 | 1,000.00 |
| 02/16/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 48 reference#: XXXXXX384 8RX 02/18 | 2,000.00 |

| | | |
|---|---|---|
| 02/17/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX43 60 reference#: XXXXXX436 0RX 02/18 | 1,000.00 |
| 02/18/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX25 06 reference#: XXXXXX250 6RX 02/19 | 1,000.00 |
| 02/21/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX45 19 reference#: XXXXXX451 9RX 02/21 | 1,000.00 |
| 02/22/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX74 80 reference#: XXXXXX748 0RX 02/24 | 1,000.00 |

| | | |
|---|---|---|
| 02/23/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5003 reference#: XXXXXX5003RX 02/24 | 1,000.00 |
| 02/27/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3642 reference#: XXXXXX3642RX 02/27 | 1,000.00 |
| 02/27/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8102 reference#: XXXXXX8102RX 02/27 | 1,000.00 |
| 03/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9661 reference#: XXXXXX9661RX 03/03 | 2,500.00 |

SOFA Addendum                                      Disbursements - Dita Lawson

| | | |
|---|---|---|
| 03/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX23 23 reference#: XXXXXX232 3RX 03/03 | 500.00 |
| 03/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX21 05 reference#: XXXXXX210 5RX 03/03 | 1,500.00 |
| 03/04/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX41 20 reference#: XXXXXX412 0RX 03/04 | 1,000.00 |
| 03/05/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX77 48 reference#: XXXXXX774 8RX 03/05 | 1,000.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 03/06/2025 | ORIG CO NAME:AME RICAN EXPRESS ORIG ID:XXXXXX2 111 DESC DATE:2503 06 CO ENTRY DESCR:AC H PMT SEC:CCD TRACE#:XX XXXXXX484 3722 EED:250306 IND ID:W9150 IND NAME:MIC HAEL LAWSON ER AM TRN: XXXXXX372 2 TC | 1,359.94 |
| 03/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX20 22 reference#: XXXXXX202 2RX 03/07 | 1,000.00 |

SOFA Addendum                    Disbursements Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 03/07/2025 | ORIG CO NAME:AME RICAN EXPRESS ORIG ID:XXXXXX2 111 DESC DATE:2503 07 CO ENTRY DESCR:AC H PMT SEC:CCD TRACE#:XX XXXXXX808 2879 EED:250307 IND ID:W1084 IND NAME:MIC HAEL LAWSON ER AM TRN: XXXXXX287 9 TC | 251.88 |
| 03/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX18 16 reference#: XXXXXX181 6RX 03/10 | 5,000.00 |
| 03/09/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX74 64 reference#: XXXXXX746 4RX 03/10 | 2,000.00 |

SOFA Addendum                         Disbursements - Dita Lawson

| 03/09/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9828 reference#: XXXXXX9828RX 03/10 | 1,000.00 |
| 03/11/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5434 reference#: XXXXXX5434RX 03/11 | 1,000.00 |
| 03/13/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5080 reference#: XXXXXX5080RX 03/13 | 1,000.00 |
| 03/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8059 reference#: XXXXXX8059RX 03/14 | 1,000.00 |

Disbursements - Dita Lawson

| | | |
|---|---|---|
| 03/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX32 99 reference#: XXXXXX329 9RX 03/17 | 1,000.00 |
| 03/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX57 12 reference#: XXXXXX571 2RX 03/17 | 1,000.00 |
| 03/17/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX20 86 reference#: XXXXXX208 6RX 03/17 | 1,000.00 |
| 03/17/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX09 09 reference#: XXXXXX090 9RX 03/17 | 1,000.00 |

| | | |
|---|---|---|
| 03/19/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2305 reference#: XXXXXX2305RX 03/19 | 3,000.00 |
| 03/24/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7914 reference#: XXXXXX7914RX 03/24 | 2,000.00 |
| 03/25/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9277 reference#: XXXXXX9277RX 03/25 | 1,000.00 |
| 03/25/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX4824 reference#: XXXXXX4824RX 03/25 | 1,000.00 |

SOFA Addendum                                    Disbursements to Dita Lawson

| | | |
|---|---|---|
| 03/26/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5570 reference#: XXXXXX5570RX 03/26 | 2,000.00 |
| 03/30/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX1930 reference#: XXXXXX1930RX 03/31 | 2,000.00 |
| 03/31/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX3203 reference#: XXXXXX3203RX 03/31 | 1,500.00 |
| 04/01/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2305 reference#: XXXXXX2305RX 04/01 | 1,000.00 |

SOFA Addendum                    Disbursements 1.Dita Lawson

| | | |
|---|---|---|
| 04/03/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5931 reference#: XXXXXX5931RX 04/03 | 1,000.00 |
| 04/03/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9838 reference#: XXXXXX9838RX 04/03 | 1,000.00 |
| 04/05/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5515 reference#: XXXXXX5515RX 04/07 | 1,000.00 |
| 04/06/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX0898 reference#: XXXXXX0898RX 04/07 | 1,000.00 |

SOFA Addendum                                  Disbursements 1.Dita Lawson

| | | |
|---|---|---|
| 04/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX17 93 reference#: XXXXXX179 3RX 04/08 | 2,000.00 |
| 04/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX10 84 reference#: XXXXXX108 4RX 04/08 | 1,000.00 |
| 04/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX54 09 reference#: XXXXXX540 9RX 04/10 | 1,000.00 |
| 04/13/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX32 04 reference#: XXXXXX320 4RX 04/14 | 1,000.00 |

SOFA Addendum                                    Disbursements, Dita Lawson

| | | |
|---|---|---|
| 04/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5792 reference#: XXXXXX5792RX 04/14 | 5,000.00 |
| 04/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5289 reference#: XXXXXX5289RX 04/15 | 1,500.00 |
| 04/15/2025 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:250415 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX6882267 EED:250415 IND ID:W0596 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX2267 TC | 1,801.44 |

| | | |
|---|---|---|
| 04/16/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9276 reference#: XXXXXX9276RX 04/16 | 1,500.00 |
| 04/17/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9523 reference#: XXXXXX9523RX 04/17 | 3,000.00 |
| 04/18/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0644 reference#: XXXXXX0644RX 04/18 | 1,000.00 |
| 04/19/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9003 reference#: XXXXXX9003RX 04/21 | 1,500.00 |

| Date | Description | Amount |
|---|---|---|
| 04/21/2025 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:250421 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX6895671 EED:250421 IND ID:W7900 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX5671 TC | 9.99 |
| 04/22/2025 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:250422 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX1098878 EED:250422 IND ID:W9260 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX8878 TC | 219.65 |

| | | |
|---|---|---|
| 04/23/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX60 87 reference#: XXXXXX608 7RX 04/23 | 1,000.00 |
| 04/26/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX38 60 reference#: XXXXXX386 0RX 04/28 | 1,000.00 |
| 04/27/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX70 02 reference#: XXXXXX700 2RX 04/28 | 1,000.00 |
| 04/28/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX28 23 reference#: XXXXXX282 3RX 04/28 | 1,000.00 |

| | | |
|---|---|---|
| 04/29/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX16 21 reference#: XXXXXX162 1RX 04/29 | 1,000.00 |
| 04/29/2025 | ORIG CO NAME:AME RICAN EXPRESS ORIG ID:XXXXXX2 111 DESC DATE:2504 29 CO ENTRY DESCR:AC H PMT SEC:CCD TRACE#:XX XXXXXX567 5201 EED:250429 IND ID:W7980 IND NAME:MIC HAEL LAWSON ER AM TRN: XXXXXX520 1 TC | 289.26 |
| 05/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX85 69 reference#: XXXXXX856 9RX 05/01 | 2,500.00 |

SOFA Addendum                                    Disbursements: Dita Lawson

| | | |
|---|---|---|
| 05/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9781 reference#: XXXXXX9781RX 05/01 | 2,000.00 |
| 05/04/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3120 reference#: XXXXXX3120RX 05/05 | 1,500.00 |
| 05/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3294 reference#: XXXXXX3294RX 05/07 | 1,000.00 |
| 05/07/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5168 reference#: XXXXXX5168RX 05/07 | 1,000.00 |

Disbursements 1, Dita Lawson

| | | |
|---|---|---|
| 05/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8540 reference#: XXXXXX8540RX 05/08 | 1,000.00 |
| 05/08/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2656 reference#: XXXXXX2656RX 05/08 | 1,000.00 |
| 05/10/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8074 reference#: XXXXXX8074RX 05/12 | 1,000.00 |
| 05/13/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6070 reference#: XXXXXX6070RX 05/13 | 1,000.00 |

SOFA Addendum                                    Disbursements - Dita Lawson

| | | |
|---|---|---|
| 05/14/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7451 reference#: XXXXXX7451RX 05/14 | 5,000.00 |
| 05/15/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2107 reference#: XXXXXX2107RX 05/15 | 1,000.00 |
| 05/15/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX2747 reference#: XXXXXX2747RX 05/16 | 1,000.00 |
| 05/16/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX3639 reference#: XXXXXX3639RX 05/16 | 1,500.00 |

| | | |
|---|---|---|
| 05/17/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8950 reference#: XXXXXX8950RX 05/19 | 1,000.00 |
| 05/18/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7988 reference#: XXXXXX7988RX 05/19 | 2,000.00 |
| 05/19/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1778 reference#: XXXXXX1778RX 05/19 | 2,000.00 |
| 05/21/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3329 reference#: XXXXXX3329RX 05/21 | 1,000.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/22/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9597 reference#: XXXXXX9597RX 05/22 | 1,000.00 |
| 05/24/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6980 reference#: XXXXXX6980RX 05/27 | 1,000.00 |
| 05/26/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5446 reference#: XXXXXX5446RX 05/27 | 1,000.00 |
| 05/27/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8779 reference#: XXXXXX8779RX 05/28 | 1,500.00 |

| | | |
|---|---|---|
| 05/28/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1862 reference#: XXXXXX1862RX 05/28 | 3,500.00 |
| 05/29/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8672 reference#: XXXXXX8672RX 05/29 | 1,000.00 |
| 05/30/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9977 reference#: XXXXXX9977RX 05/30 | 2,000.00 |
| 05/31/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1783 reference#: XXXXXX1783RX 06/02 | 1,500.00 |

SOFA Addendum                          Disbursements Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 06/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4004 reference#: XXXXXX4004RX 06/02 | 1,000.00 |
| 06/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX7034 reference#: XXXXXX7034RX 06/02 | 2,000.00 |
| 06/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9990 reference#: XXXXXX9990RX 06/02 | 1,000.00 |
| 06/03/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX5702 reference#: XXXXXX5702RX 06/03 | 1,000.00 |

SOFA Addendum                    Disbursements Dita Lawson

|  |  |  |
|---|---|---|
|  | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:2506 03 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXXX2515553 EED:250603 IND ID:M7762 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX5553 TC |  |
| 06/03/2025 |  | 572.00 |
|  | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:2506 04 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXXX6925415 EED:250604 IND ID:W3342 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX5415 TC |  |
| 06/04/2025 |  | 1,434.25 |

SOFA Addendum                                     Disbursements Dita Lawson

| | | |
|---|---|---|
| 06/06/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX3002 reference#: XXXXXX3002RX 06/06 | 2,000.00 |
| 06/06/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9610 reference#: XXXXXX9610RX 06/06 | 10,000.00 |
| 06/06/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9407 reference#: XXXXXX9407RX 06/06 | 1,000.00 |
| 06/06/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6877 reference#: XXXXXX6877RX 06/06 | 3,000.00 |
| 06/09/2025 | WITHDRAWAL 06/09 | 1,000.00 |

SOFA Addendum                               Disbursements - Dita Lawson

| Date | Description | Amount |
|---|---|---|
| 06/10/2025 | ORIG CO NAME:AMERICAN EXPRESS ORIG ID:XXXXXX2111 DESC DATE:250610 CO ENTRY DESCR:ACH PMT SEC:CCD TRACE#:XXXXXXX8061887 EED:250610 IND ID:M0084 IND NAME:MICHAEL LAWSON ER AM TRN: XXXXXX1887 TC | 271.50 |
| 06/10/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX5006 reference#: XXXXXX5006RX 06/10 | 1,000.00 |
| 06/12/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX7637 reference#: XXXXXX7637RX 06/12 | 3,000.00 |

SOFA Addendum                                    Disbursements Dita Lawson

| | | |
|---|---|---|
| 06/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX6264 reference#: XXXXXX6264RX 06/16 | 5,000.00 |
| 06/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX0114 reference#: XXXXXX0114RX 06/16 | 1,000.00 |
| 06/16/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8361 reference#: XXXXXX8361RX 06/16 | 1,000.00 |
| 06/20/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX8763 reference#: XXXXXX8763RX 06/20 | 1,000.00 |

SOFA Addendum                                Disbursements Dita Lawson

| | | |
|---|---|---|
| 06/21/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX6655 reference#: XXXXXX6655RX 06/23 | 1,000.00 |
| 06/23/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX1212 reference#: XXXXXX1212RX 06/23 | 1,500.00 |
| 06/23/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX9408 reference#: XXXXXX9408RX 06/23 | 1,000.00 |
| 06/24/2025 | Online Realtime Transfer to Personal 9765 transaction#: XXXXXXX8404 reference#: XXXXXX8404RX 06/25 | 1,000.00 |

SOFA Addendum                                    Disbursements to Dita Lawson

| | | |
|---|---|---|
| 06/25/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX53 91 reference#: XXXXXX539 1RX 06/25 | 3,000.00 |
| 06/26/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX50 30 reference#: XXXXXX503 0RX 06/27 | 1,000.00 |
| 06/27/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX84 48 reference#: XXXXXX844 8RX 06/27 | 2,000.00 |
| 06/30/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX99 55 reference#: XXXXXX995 5RX 06/30 | 2,500.00 |

SOFA Addendum                               Disbursements - Dita Lawson

| | | |
|---|---|---|
| 07/01/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1038 reference#: XXXXXX1038RX 07/01 | 1,000.00 |
| 07/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1429 reference#: XXXXXX1429RX 07/02 | 1,000.00 |
| 07/02/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX3442 reference#: XXXXXX3442RX 07/02 | 1,000.00 |
| 07/06/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9849 reference#: XXXXXX9849RX 07/07 | 1,500.00 |

| | | |
|---|---|---|
| 07/09/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX4623 reference#: XXXXXX4623RX 07/09 | 1,000.00 |
| 07/11/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX9806 reference#: XXXXXX9806RX 07/11 | 1,000.00 |
| 07/12/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX2649 reference#: XXXXXX2649RX 07/14 | 1,500.00 |
| 07/14/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX1688 reference#: XXXXXX1688RX 07/14 | 1,000.00 |

SOFA Addendum                                    Disbursements, Dita Lawson

| 07/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX32 96 reference#: XXXXXX329 6RX 07/15 | 5,000.00 |
| 07/15/2025 | Online Realtime Transfer to Personal 9765 transaction# : XXXXXXX35 13 reference#: XXXXXX351 3RX 07/15 | 1,000.00 |
| | | 250,520.26 |